PHIL HORNE, ESQ. 173183

| | |
|---|---|
| Domain: | justicephil.com (2008 August) |
| Electronic: | justicephil@gmail.com |
| Voice: | 415.577.1170 |
| Facsimile: | 415.552.2770 |
| Brick | 1155 Market Street |
| | San Francisco, California 94103 |

ATTORNEY FOR PLAINTIFFS

FILED
08 MAY 27 PM 12: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 2637 JL

LEITH PATRICK KNAPP,
THOMAS HAMPTON DEAR,

    Plaintiffs,

v.

WACHOVIA CORPORATION,
a Corporation,
WACHOVIA SBA LENDING, INC.,
a Corporation,
and DOES 1-300,

    Defendants.

No.

**REQUEST FOR JURY TRIAL**

Plaintiffs hereby request a jury trial.

2008 May 27                  /s/Phil Horne, Esq.
                                       ATTORNEY FOR PLAINTIFFS KNAPP AND DEAR