PHIL HORNE, ESQ. 173183

| | |
|---|---|
| Domain: | justicephil.com (2008 August) |
| Electronic: | justicephil@gmail.com |
| Voice: | 415.577.1170 |
| Facsimile: | 415.552.2770 |
| Brick: | 1155 Market Street |
| | San Francisco, California 94103 |

ATTORNEY FOR PLAINTIFFS

FILED

08 MAY 27 PM 12: 23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEITH PATRICK KNAPP,
THOMAS HAMPTON DEAR,

 Plaintiffs,

v.

WACHOVIA CORPORATION,
a Corporation,
WACHOVIA SBA LENDING, INC.,
a Corporation,
and DOES 1-300,

 Defendants.

CV 08 2637  JL

NOTICE OF RELATED CASE

PLEASE TAKE NOTICE THAT this case is related to civil cases 3:07-CV-04551 and 2:08-CV-01059-MCE-EFB.

2008 May 27   /s/Phil Horne, Esq.
        ATTORNEY FOR PLAINTIFFS KNAPP AND DEAR

Notice of Related Case