PHIL HORNE, ESQ. 173183

| | |
|---|---|
| Domain: | justicephil.com (2008 August) |
| Electronic: | justicephil@gmail.com |
| Voice: | 415.577.1170 |
| Facsimile: | 415.552.2770 |
| Brick | 1155 Market Street |
| | San Francisco, California 94103 |

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP,<br>THOMAS HAMPTON DEAR,<br><br>    Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION,<br>a Corporation,<br>WACHOVIA SBA LENDING, INC.,<br>a Corporation,<br>and DOES 1-300,<br><br>    Defendants.<br>_____ | No.<br><br>**NOTICE OF REQUEST AND REQUEST TO:**<br><br>**1. CONTINUE STATUS CONFERENCE AND**<br><br>**2. TRANSFER MATTER TO EASTERN DISTRICT** |

*1*

Request to Continue Initial Case Management Conference and
to Transfer Matter to Eastern District

1
2    The present matter is a complaint which was filed in order to supplement the complaint filed in
3  C-07-04551-WDB.  That matter was transferred to the Eastern District on 2008 May 16th.  At the time of
4  the filing of the present complaint, a writ challenging the transfer was anticipated and this complaint
5  could not be filed in the Eastern District without waiving the basis of the writ.  Accordingly, this
6  supplemental complaint was filed in the Northern District.  In the meantime, counsel for plaintiff has
7  engaged in negotiation with opposing counsel to consolidate the two matters.  Defendants refuse to so
8  stipulate.  A motion will be required in the Eastern District.
9  2008 September 2nd     /s/Phil Horne, Esq.
10           Phil Horne
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25