UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

<u>C-08-2637</u>        <u>JAMES LARSON</u>             DATE <u>September 3, 2008</u>
Case Number         Judge

Title: <u>LEITH KNAPP, et al.</u>      vs <u>WACHOVIA CORP., et al.</u>

Attorneys: <u>PHIL HORNE</u>            <u>----------</u>

Deputy Clerk: <u>T. De Martini</u>        Tape: <u>10:39:24 - 10:41:38</u>

Court  Pltf's  Deft's
(xxx)  ( )    ( )    1. <u>Case Management Conference</u>

( )    ( )    ( )    2.

( )    ( )    ( )    3.

( )    ( )    ( )    4.

( )    ( )    ( )    5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: <u>Appearance Waived; Court to Continue Case.</u>