PHIL HORNE, ESQ. 173183

| | |
|---|---|
| Domain: | justicephil.com (2008 August) |
| Electronic: | justicephil@gmail.com |
| Voice: | 415.577.1170 |
| Facsimile: | 415.552.2770 |
| Brick: | 1155 Market Street |
| | San Francisco, California 94103 |

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, a Corporation, WACHOVIA SBA LENDING, INC., a Corporation, and DOES 1-300, <br><br> Defendants. | No. 3:08-cv-02637-JL <br> Related: 2:08-cv-01059-MCE-EFB <br> (formerly 3:07-04551-SI) <br><br> **STIPULATED ORDER TO TRANSFER MATTER TO EASTERN DISTRICT AND CONSOLIDATE WITH RELATED MATTER** |

The parties stipulate to transfer 3:08-cv-02637-JL to the Eastern District, Sacramento Division, and to consolidate said with related matter 2:08-cv-01059-MCE-EFB (formerly 3:07-04551-SI). All discovery in either matter will be deemed discovery in the consolidated matter. The parties request that the Eastern District vacate the current trial date on 2:08-cv-01059-MCE-EFB (formerly 3:07-04551-SI) and order an initial setting conference on the consolidated matter.

SO STIPULATED.

2008 December 11

/s/Phil Horne, Esq.
Phil Horne, Esq.
ATTORNEY FOR PLAINTIFFS KNAPP AND DEAR

SEYFARTH SHAW

2008 December 31

Attorneys for Defendants

SO ORDERED

~~2008 December~~

January 29, 2009

IT IS SO ORDERED

Judge James Larson

2

Stipulated Order to Transfer Matter to Eastern District
and Consolidate with Related Matter